H. A. ROOSE, Respondent, *v.* WALTER G. HAMILTON, as Treasurer of County of Rockland, Defendant, and WALTER G. HAMILTON, Individually, Appellant.

Submitted December 10, 1937; decided January 11, 1938.

*Walter A. McDermott* and *E. W. Hofstatter* for appellant.
*Leo Fassberg* and *Louis Etelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.